**COMITE DE JORNALEROS DE REDONDO BEACH; National Day Laborer Organizing Network, Plaintiffs–Appellees,**

v.

**CITY OF REDONDO BEACH, Defendant–Appellant.**

**Comite de Jornaleros de Redondo Beach; National Day Laborer Organizing Network, Plaintiffs–Appellees,**

v.

**City of Redondo Beach, Defendant–Appellant.**

**Nos. 06–55750, 06–56869.**

United States Court of Appeals, Ninth Circuit.

Oct. 15, 2010.

Philip Hwang, Robert Rubin, Lawyers' Committee for Civil Rights, San Francisco, CA, Thomas Andrew Saenz, Esquire, Cynthia Valenzuela Dixon, Gladys Limon, Esquire, Mexican American Legal Defense

and Educational Fund, Los Angeles, CA, for Plaintiffs–Appellees.

Julie Fleming, David J. Wilson, Manning & Marder, Kass, Ellrod, Ramirez LLP, Los Angeles, CA, Michael Webb, Esquire, Office of the City Attorney, Redondo Beach, CA, for Defendant–Appellant.

D.C. No. CV–04–09396–CBM.

## ORDER

KOZINSKI, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Circuit Rule 35-3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.